IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

USDC- GREENBELT
'24 MAY 9 PM1:20

**HD**

Rcv'd by: _____ BW

_Ryan Randall_

**Complaint for a Civil Case**

Case No. _____ PLR-**24CV1360**

_(to be filled in by the Clerk's Office)_

_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

Jury Trial:  ☒ Yes  ☐ No
_(check one)_

-against-

_Ocean City Maryland_
_T. Chaycosky_
_E. Wong, see et al._

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

I.      **The Parties to This Complaint**

A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                    Ryan Randall
Street Address          1812 Manchester
City and County         Buchannon County,
State and Zip Code      MO. 64505
Telephone Number        719-321-5244
E-mail Address          workingclasshero_13@yahoo.com

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name                    E. Chayosky (Badge #8396)
Job or Title            Police officer
(if known)
Street Address          6501 Coastal Hwy
City and County         Ocean City
State and Zip Code      21842 Maryland
Telephone Number        410-723-6610
E-mail Address
(if known)

2

Defendant No. 2

Name    E. Wong (Badge # 8937)

Job or Title (if known)    Police officer

Street Address    6501 Coastal Hwy

City and County    Ocean City

State and Zip Code    Maryland 21842

Telephone Number    410-723-6610

E-mail Address (if known)

Defendant No. 3

Name    Owner of Dimensions shop

Job or Title (if known)    Owner

Street Address    8st N. Division St. RR.

City and County    Ocean City

State and Zip Code    Maryland 21842

Telephone Number    410-289-4323

E-mail Address (if known)

Defendant No. 4

Name    City of Ocean City

Job or Title (if known)    town of Ocean City

Street Address    301 N Baltimore Ave

City and County    Ocean city

State and Zip Code    Maryland 21842

Telephone Number    410-289-8221

E-mail Address (if known)    oceancitymd.gov/oc

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

3

II.   **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Street Performances are protected by the First and Fourteenth Amendment of the United States Constitution

B.   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* Ryan Randal, is a citizen of the State of *(name)* Missouri.

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

    a. If the defendant is an individual

        The defendant, *(name)* T, Chay cosky , is a citizen of
the State of *(name)* MD. . *Or* is a citizen of
*(foreign nation)* _____.

    b. If the defendant is a corporation

        The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)* See et al.

3. The Amount in Controversy

    The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

R.R.

_____

$ 115,000.⁰⁰ for each human
right violation. Not small claims court.

5

**III.   Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.  For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

I was participating in protected First Amendment activity playing music on a Bagpipe when I was approached by officer T. Chaycosky, and officer E. Wong about a noise complaint.

7

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _May   9th 2024_

Signature of Plaintiff    _Ryan Randall_

Printed Name of Plaintiff    _Ryan Randall_

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

Telephone Number    _____

Email Address    _____

8